UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **V.** § | **CRIMINAL NO. 1:21-cr-00235-RC** |
| § | |
| **JEFFREY SHANE WITCHER** § | |

## ENTRY OF APPEARANCE

Notice is hereby given that attorneys Samuel E. Bassett and David F. Minton appear as co-counsel for defendant, JEFFREY SHANE WITCHER in this matter.

I.

Defendant has retained Samuel E. Bassett and David F. Minton of Minton, Bassett, Flores & Carsey, P.C., as co-counsel in this matter.

The clerk of this court is requested to send copies of all court notices pertaining to this cause to undersigned counsel.

Respectfully submitted,

MINTON, BASSETT, FLORES & CARSEY
*A Professional Corporation*
1100 Guadalupe
Austin, Texas 78701
Phone No. 512/476-4873
Facsimile No. 512/479-8315

By: /s/ Samuel Bassett
    Samuel Bassett
    State Bar No. 01894100
    Email: sbassett@mbfc.com

    /s/David F. Minton
    David F. Minton
    Bar No. 14192300
    Email: dminton@mbfc.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 12th day of October, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Brandon Regan  
Assistant United States Attorney  
555 Fourth Street, N.W.  
Washington, DC 20530

                                        /s/ Samuel E. Bassett  
                                SAMUEL BASSETT